**IN THE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

******

**SHYHEEM TYJE LOVE, Petitioner**

25-1335

**vs.**

**MICHELE DAUZAT, Warden-Custodian** SECT. D MAG. 1

---

**PETITIONER'S MOTION TO STAY**

**AND**

**HOLD IN ABEYANCE**

---

**MAY IT PLEASE THE COURT:**

**COMES NOW: SHYHEEM TYJE LOVE (DOC #628482)**, Petitioner pro se, who is presenting to the Court his MOTION TO STAY AND HOLD IN ABEYANCE proceedings under 28 U.S.C. § 2254.

Petitioner presents the following in support:

1.

On March 25, 2022, the Jefferson Parish District Attorney filed a Bill of Information charging Petitioner with Attempted Second Degree Murder (R.S. 14:30.1 & R.S. 14:27)(Count One); Simple Criminal Damage to Property (R.S. 14:56(B)(2) (Count Two); and Possession of a Firearm by a Convicted Felon (R.S. 14:95.1)(Count Three).

2.

On July 7, 2023, the State filed a superseding Bill of Information charging Petitioner with Obstruction of Justice (R.S. 14:130.1) (Count Four).

3.

On October 3, 2023, Petitioner was found guilty (unanimously) as charged on Counts One, Two and Three; and guilty of a lesser verdict of Attempted Obstruction of Justice on Count Four. Petitioner was sentenced to 45 years at hard labor without the benefits of probation, parole or suspension of sentence on Count One; on Count Two, Petitioner was sentenced to 2 years at hard labor; on Count Three, Petitioner was sentenced to 20 years at hard labor, without probation, parole or suspension of sentence. ; on Count Four, Petitioner was sentenced to 10 years at hard labor, all sentences running concurrent. Then the State notified the defense of its intent to file a Multiple Offender Bill of Information on Count Four.

4.

The Court denied Petitioner'e Motion to reconsider his sentence and granted his Motion for Appeal on November 16, 2023.

5.

On January 29, 2024, the State filed a Multiple Bill alleging Petitioner to be a third felony offender on Count one. The Court found Petitioner to be a Third Felony Offender, and after vacating the sentence previously imposed, resentenced Petitioner to 45 years without benefit of probation, parole or suspension of sentence. The sentence running concurrent with Count two, three and four.

6.

On October 30, 2024, the Fifth Circuit Court of Appeal AFFIRMED Petitioner's convictions, Multiple Offender Adjudication and sentences. **DOCKET No. 24-KA-73.** Direct Appeal Proceedings.

7.

On February 28, 2025, the Louisiana Supreme Court did not consider Petitioner's Writ Application; not timely filed. **DOCKET No. 2024-KO-01542.**

8.

Petitioner is respectfully requesting from this Court to consider granting his MOTION TO STAY AND HOLD IN ABEYANCE the proceedins under 28 U.S.C. § 2254, as he is in the process of completing his Application for Post Conviction Relief in state Courts.

9.

First, Petitioner has been trying to obtain his trial transcripts, other documents in possession of the District Court and the District Attorney, which will provide meaningful assistance in the preparation of his State Post Conviction Relief Application. Without these documents, it will be a very difficult task for Petitioner to obtain a fair and just review of his convictions and sentence in the State of Louisiana Court system.

10.

Also, for the majority of his time of incarceration, Petitioner has been in segregation, without access to the law library or the assistance of an inmate counsel to help with the preparation of Petitioner's legal matters.

THEREFORE, Petitioner prays this Honorable Court grants this MOTION TO STAY AND HOLD IN ABEYANCE as to allow Petitioner to exhaust his State Post Conviction Relief remedies.

Homer, Louisiana, this 6 day of 23, 2025.

Respectfully Submitted,

Shyheem Tyje Love, DOC #628482
David Wade Correctional Center
670 Bell Hill Rd. N2
Homer, LA 71040

Petitioner pro se

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO STAY AND HOLD IN ABEYANCE has been mailed to the District Attorney's Office, 24th JDC, Parish of Jefferson, Gretna, LOUISIANA, on this 6 day of 23, 2025, first class postage prepaid, via prison mail system.

Shyheem Tyje LOve, DOC #628482

Petitioner pro se