Shyheem Tyje Love, DOC #628482
David Wade Correctional Center
670 Bell Hill Rd. N2
Homer, LOUISIANA 71040




OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
HALE BOGGS FEDERAL BLDG.
500 POYDRAS ST., Room C151
NEW ORLEANS, LOUISIANA 70130

LEGAL MAIL

RECEIVED
JUN 27 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

NOT RESPONSIBLE FOR CONTENTS
JUN 23 2025
DWCC